ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG NO. 10-01143 KSC |
| | ) | |
| Plaintiff, | ) | AGENT'S AFFIDAVIT |
| vs. | ) | |
| | ) | |
| ABDEL HAMEED SHEHADEH, | ) | |
| also known as "Abul-Qasim," | ) | |
| "Abul-Qasim Ibn Abu Muhammad," | ) | |
| "Sunnah101" and "Abu Baheera," | ) | |
| | ) | |
| Defendant. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2010

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

AGENT'S AFFIDAVIT

Before the Honorable Barry M. Kurren, U.S. Magistrate Judge, District of Hawaii, Honolulu, Hawaii.

The undersigned deponent being first duly sworn deposes and says:

That deponent is an FBI Agent; that deponent is informed and believes and, on the basis of such information and belief, alleges that on October 21, 2010, a Complaint was filed in the Eastern District of New York, and an arrest warrant issued, charging the above-named defendant, ABDEL HAMEED SHEHADEH, with violating 18 U.S.C. § 1001(a)(2) in that the defendant did knowingly and willfully make materially false, fictitious and fraudulent statements and representations in a matter involving domestic and international terrorism within the jurisdiction of the executive branch of the Government of the United States.

That deponent is further informed that (Judge's name and district) (ordered/recommended) that the amount of bail be set in the sum of $ N/A .

ANDREW C. RATLIFF
Special Agent
FBI, Honolulu, Hawaii

Sworn to Before Me and Subscribed in my presence this 25 day of October, 2010.

UNITED STATES MAGISTRATE JUDGE